Barbara Hope O'Neill #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax: (559) 459-0656

Attorney for Demar Marshall

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

Demar Marshall,

          Defendant.

CASE No:  1:19-cr-00256-NONE

NOTICE OF REQUEST TO SEAL
EXHIBIT 2 OF DEMAR
MARSHALL'S MOTION FOR
BAIL REVIEW
ORDER ATTACHED

    Pursuant to Local Rule 141(b) Demar Marshall by and through his attorney provides notice that he is requesting to file under seal: Exhibit 2 of his Notice of Motion and Motion for Bail Review.  The aforementioned documents were emailed to the Court and counsel on November 19, 2020.

Dated: November 20, 2020                   Respectfully submitted,

                                          s/s Barbara Hope O'Neill
                                     Barbara Hope O'Neill
                                     Attorney for Demar Marshall

1

ORDER

IT IS SO ORDERED.

Dated:   **November 20, 2020**

UNITED STATES MAGISTRATE JUDGE