LAW OFFICES OF YAN E. SHRAYBERMAN
Yan E. Shrayberman (State Bar #253971)
P.O.Box 506
Fresno, California 93709
Telephone:   (559) 779-2315
Facsimile:    (213) 352-1010

Attorney for Defendant
DEMAR EDWARD MARSHALL

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Court Case: :19-cr-00256-NONE-SKO-5 |
|---|---|
| Plaintiff, | |
| v. | STIPULATED REQUEST FOR ORDER CHANGING DATE AND TIME OF HEARING; ORDER |
| DEMAR EDWARD MARSHALL | |
| Defendant. | Date: 12/7/2020<br>Time: 2:00 p.m.<br>Dept.: Hon. S. Boone |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant DEMAR EDWARD MARSHALL, by and through its attorneys of record, Yan E. Shrayberman, desire to change the date of the hearing regarding Defendants' Motion for a Bail Review due to scheduling conflict of counsel.

**STIPULATION**

WHEREAS the hearing on Defendants' Motion for a Bail Review is presently set for December 7, 2020 at 2:00 p.m. in Courtroom 9 of the above-entitled court, and, before Magistrate Judge Stanley A. Boone; and

WHEREAS, it is the desire of the parties that the hearing on the Defendants' Motion for a Bail Review be heard on January 8, 2021 at 2:00 p.m. in Duty Calendar Courtroom of the above-entitled court, before Duty Magistrate Judge;

NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff UNITED STATES OF AMERICA and Defendant DEMAR EDWARD MARSHALL hereby stipulate to the following: The Hearing on the Defendants' Motion for a Bail Review currently scheduled December 7, 2020 at 2:00 p.m. in Courtroom 9 of the above-entitled court, and, before Magistrate Judge Stanley A. Boone shall be rescheduled to January 8, 2021 at 2:00 p.m. in Duty Calendar Courtroom of the above-entitled court, before Duty Magistrate Judge.

Respectfully submitted,

Dated: December 4th, 2020    /s/ Alexandre Mikhail Dempsey
Attorney for the Plaintiff
UNITED STATES OF AMERICA

Dated: December 4th, 2020    /s/ Yan E. Shrayberman
Attorney for the Defendant
DEMAR EDWARD MARSHALL

## ORDER

IT IS SO ORDERED, based on the Stipulation set forth above, and GOOD CAUSE APPEARING, that:

The Hearing on Defendants' Motion for a Bail Review currently scheduled for currently scheduled December 7, 2020 at 2:00 p.m. shall be rescheduled to shall be rescheduled to January 8, 2021 at 2:00 p.m. in Duty Calendar Courtroom of the above-entitled court, before Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:  **December 4, 2020**    _____
UNITED STATES MAGISTRATE JUDGE

-2-