HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00256-5-DAD |
| Plaintiff, | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| DEMAR EDWARD MARSHALL, | |
| Defendant. | |

Defendant, Demar Edward Marshall, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA counsel for assistance in seeking early termination of his supervised release that began on or about October 2021.  The Federal Defenders office has a conflict.

Mr. Marshall was sentenced on July 31, 2021 and was sentenced to 21 months custody and 36 months of Supervised Release.

Mr. Marshall submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time.  After reviewing her Financial Affidavit, it is respectfully recommended that CJA counsel be appointed to assist Mr. Marshall with terminating his supervised release.

DATED:  October 19, 2023                                                    */s/ Eric V Kersten*
                                                                                             ERIC V. KERSTEN
                                                                                             Assistant Federal Defender
                                                                                             Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA counsel, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**October 23, 2023**__   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE