Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
DEMAR E. MARSHALL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00256-5-JLT-SKO |
|---|---|
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL McKNEELY AS ATTORNEY OF RECORD AND ORDER** |
| v. | |
| DEMAR E. MARSHALL, | |
| Defendant. | |

TO THE HONORABLE JUDGE JENNIFER L. THURSTON AND TO THE UNITED STATES ATTORNEY:

On October 25, 2023, CJA Panel Attorney Michael McKneely was appointed as counsel to represent Defendant Demar Marshall regarding Mr. Marshall's request to terminate his term of supervised release. Pursuant to a Joint Motion, the Court terminated Mr. Marshall's term of supervised release on November 9, 2023. Having completed his representation of Mr. Marshall, Mr. McKneely now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Marshall require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721, or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-

1 | appointment of counsel to assist him.

2 |     Respectfully submitted,

3 | DATED: December 20, 2023        McKNEELY LAW FIRM

4 |                                          By:  s/ Michael McKneely

5 |                                                Michael McKneely
                                               Attorneys for Demar E. Marshall

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

# ORDER

Having reviewed the motion and finding that attorney McKneely has completed the services for which he was appointed, the Court hereby grants Mr. McKneely's request for leave to withdraw as defense counsel in this matter. Should Mr. Marshall seek further legal assistance, he is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, California 93721 or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the re-appointment of counsel to assist him.

The Clerk of the Court is directed to serve a copy of this order on Mr. Marshall at the following address, and to update the docket to reflect Mr. Marshall's *pro se* status and contact information.

> Demar E. Marshall
> 473 S. Thorn Avenue
> Fresno, California 93706

IT IS SO ORDERED.

Dated: **December 21, 2023**

UNITED STATES DISTRICT JUDGE